UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RICHARD CHARLES OWINGS					CIVIL ACTION

VERSUS								NO: 23-3338

ST. TAMMANY PARISH					SECTION: "J"(5)

# ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 16), and Plaintiff's untimely objections (Rec. Docs. 18 and 19) hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Magistrate Judge North recommended that Plaintiff's claims should be dismissed because they are repetitive of allegations previously dismissed with prejudice by this Court. In the previous action (Civil Action No. 23-487), filed in February of 2023, Plaintiff raised a variety of constitutional claims related to a pending state-court criminal proceeding. The habeas claims were dismissed without prejudice for failure to exhaust state-court remedies, and the Section 1983 claims were dismissed with prejudice as frivolous, failing to state a claim on which relief may be granted, and for requesting monetary relief against immune defendants. As Judge North observes, the principal difference between the previous and instant suits are the named defendants: "Owings' complaint repeats the same allegations he made in a prior case, although his latest complaint names St. Tammany Parish, rather than

1

the Sheriff, D.A., and Judge involved in the pending criminal proceedings in St. Tammany Parish." Rec. Doc. 16 at 3. Thus, in addition to being duplicative and frivolous, Judge North found the current allegations to not sound of a deprivation of constitutional rights resulting from a policy or custom, so as to indicate possible *Monell* liability. *Id.* at 6–7.

In response, Plaintiff has filed two untimely objections to the Report and Recommendations, generally arguing for constitutional protections for those in pretrial detention and who have been deprived of rights. Plaintiff also restates his complaint allegations in a filing construed as a *Motion for Leave to Amend Complaint* **(Rec. Doc. 17)**. Significantly, this latter filing does not address Judge North's underlying concerns.

**IT IS HEREBY ORDERED** that Plaintiff Richard Charles Owings's objections (Rec. Docs. 18 and 19) are **OVERRULED**, and the Magistrate Judge's Report and Recommendation (Rec. Doc. 16) is **APPROVED** and **ADOPTED** as the Court's opinion.

**IT IS FURTHER ORDERED** that, to the extent it can be construed as a request for federal habeas corpus relief, Plaintiff's habeas claim is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust available state court remedies.

**IT IS FURTHER ORDERED** that, Plaintiff's § 1983 claims are **DISMISSED WITH PREJUDICE** as duplicative and malicious and/or legally frivolous and for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A.

**IT IS FURTHER ORDERED** that Plaintiff's *Motion for Leave to Amend Complaint* **(Rec. Doc. 17)** is **DISMISSED AS MOOT**.

New Orleans, Louisiana, this 10th day of September, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE